JS-6/ENTER

FILED
AUG 29 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SEAN SCALES,<br><br>  Petitioner,<br><br>  v.<br><br>CULLEN, Warden,<br><br>  Respondent. | Case No. EDCV 11-1274-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 26, 2011

_S. James Otero_
S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY